[No. 43912-0-I.  Division One.  July 17, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. PATRICK NICHOLAS GROSSETT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-01538-8, Charles W. Mertel, J., entered November 2, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 44083-7-I.  Division One.  July 17, 2000.]

PUGET SOUND ENERGY, INC., *Appellant*, v. SHORELINES HEARINGS BOARD, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 98-2-10180-6, Carol A. Schapira, J., entered December 31, 1998. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Agid, C.J., and Grosse, J.

[No. 44178-7-I.  Division One.  July 17, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. KINNICK SANFORD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-07256-1, James Bryan Street, J., entered February 26, 1999. *Affirmed* by unpublished opinion per Cox, J., concurred in by Webster and Kennedy, JJ.

[No. 44775-1-I.  Division One.  July 17, 2000.]

KURTIS R. MAYER, ET AL., *Appellants*, v. THE CITY OF SEATTLE, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 95-2-04006-3, Jim Bates, J., entered June 14, 1999. *Reversed* by unpublished opinion per Appelwick, J., concurred in by Agid, C.J., and Coleman, J. Now published at 102 Wn. App. 66.